UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

CARLOS JORDAN,

    Plaintiff,

v.

PATRICK R. DONAHUE,
*Postmaster General,*

    Defendant.                                  No. 14-cv-9-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court on defendant's Motion for Summary Judgment, filed on March 27, 2014 (Doc. 17).

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting defendant's Motion for Summary entered on May 5, 2014 (Doc. 21), judgment is entered in favor of defendant, Patrick R. Donahue and against plaintiff, Carlos Jordan.   The complaint is dismissed with prejudice and this file is closed.

                                                       NANCY J. ROSENSTENGEL,
                                                       CLERK OF COURT

                                                       BY:     /s/*Caitlin Fischer*
                                                                Deputy Clerk

**Dated:**   May 5, 2014

Digitally signed by
David R. Herndon
Date: 2014.05.05
13:33:02 -05'00'

**APPROVED:**
        CHIEF JUDGE
        U. S. DISTRICT COURT